DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHNNY DANIELS,

Appellant,

v.

CSX TRANSPORTATION, INC.,

Appellee.

No. 2D2023-1066

_____

June 28, 2024

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Jonathan Sternberg, pro hac vice, Jonathan Sternberg, Attorney, P.C., Kansas City, Missouri; and Carmen A. De Gisi of De Gisi Law Group, LLC, Lafayette Hill, Pennsylvania, for Appellant.

Daniel J. Fleming and Kevin D. Tragesser of Johnson Pope Bokor Ruppel & Burns, LLP, Tampa; and James W. Turner (pro hac vice pending) of Steptoe & Johnson, PLLC, Huntington, West Virginia, Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.